# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| TERESA MORMAN, | Civil Action No.: 4:20-cv-04365-JMC |
| Plaintiff, | |
| v. | **ORDER** |
| KILOLO KIJAKAZI,[1] | |
| Acting Commissioner of Social Security Administration, | |
| Defendant. | |

The matter before the court is Defendant Kilolo Kijakazi's Consent Motion for Entry of Judgement with Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). (ECF No. 28.) According to Kijakazi, "further administrative action is warranted in this case." (ECF No. 28.) Furthermore, Plaintiff Teresa Morman consents to this Motion as well.

After consideration of Kijakazi's Motion and the Morman's consent, the court **GRANTS** the Motion (ECF No. 28), **ENTERS** Final Judgment under Rule 58 of the Federal Rules of Civil Procedure, and **REMANDS** this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

November 1, 2021
Columbia, South Carolina

---

[1] On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of Social Security; therefore, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi may be substituted for Andrew Saul as Defendant in this suit. According to 42 U.S.C. § 405(g), this substitution does not affect the viability of this suit.